IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:07-00159-2 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BEATRICE L. McWHORTER, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The revocation hearing is set in this action for **Monday, July 16, 2012 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge