UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-cr-00159-4 |
| | ) | |
| | ) | CHIEF JUDGE HAYNES |
| CHAD E. VINCENT | ) | |

## AGREED ORDER

Pending before the Court is a petition to revoke defendant's supervised release for violating terms and conditions as specified by the petition. The defendant has appeared before the Court with benefit of counsel, waived evidentiary hearing on the alleged violations and admitted the violations set forth in the petition. The Court being advised with respect to the disposition jointly recommended by the parties, it is ordered and adjudged as follows:

Defendant's supervised release is hereby revoked and terminated, and he is sentenced to serve one (1) year and one (1) day in the custody of the Attorney General, with no further supervision to follow. It is further ordered that this sentence shall run concurrently with any prospective sentence that may be imposed with respect to currently pending state parole violation proceedings. The Court will leave to the discretion of the Federal Bureau of Prisons the issue of whether the defendant should be designated to serve any portion of this concurrent sentence in a state facility.

_12-21-12_
Date

WILLIAMS J. HAYNES, JR.
United States District Judge